```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

RAYMOND C. SMITH,
    Plaintiff,

    v.                                    CIVIL ACTION NO.
                                        16-12453-MBB

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,
    Defendant.

## FINAL JUDGMENT

### November 1, 2017

**BOWLER, U.S.M.J.**

    It is **ORDERED** and **ADJUDGED** that the final decision of defendant Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, be **AFFIRMED** and that this action be **DISMISSED**.

                                              /s/ Marianne B. Bowler
                                        **MARIANNE B. BOWLER**
                                        United States Magistrate Judge